**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 26-0189 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHAEL MAYENCE | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections which were filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Suppress, Record Document 26, filed by plaintiff Michael Mayence, is **DENIED.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE